# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cannon, Hope T. | United States District Court - Northern District of Florida | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Winston E. Arrow Federal Building
100 North Palafox Street
Pensacola, FL 32502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Bradley Arant Boult Cummings LLP |
| 2. | President | Alabama Asian Bar Association |
| 3. | Member | LNT Holdings, LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | University of Alabama defined benefit pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Self-employed (attorney) | $100,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Homewood City Board of Education |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. APABA South Florida | September 13-14, 2019 | Miami, FL | Meeting | Transportation, lodging |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regions Bank | Mortgage (investment property) | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Regions Bank (cash) | A | Interest | K | T | | | | | |
| 3. BBVA Compass (cash) | A | Interest | L | T | | | | | |
| 4. LNT Holdings, LLC (Investment Property #1, South Walton County, FL) | | None | O | W | | | | | |
| 5. 403b #1 (H) | | | | | | | | | |
| 6. T-C Lifecycle 2040-Prem | | None | J | T | | | | | |
| 7. 403b #2 (H) | | | | | | | | | |
| 8. Lincoln Stable Value Account (cash) | A | Interest | J | T | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. Regions Bank Flexinsured (cash) | A | Interest | | | Closed | 09/18/19 | J | | |
| 11. First Tr Exchange Traded Fd First Tr Dow 30 Equal Weight ETF (EDOW) | | None | | | Buy | 07/02/19 | J | | |
| 12. | | | | | Sold | 09/18/19 | J | A | |
| 13. First Trust Capital Strength ETF (FTCS) (Y) | | | | | | | | | |
| 14. First Trust ETF NYSE Arca Biotechnology Index Fund (FBT) | | None | | | Buy (add'l) | 07/02/19 | J | | |
| 15. | | | | | Sold | 09/18/19 | K | | |
| 16. First Trust Value Line Divid Index Fd (FVD) (Y) | | | | | | | | | |
| 17. First Tr Exchange-Traded Fd II Consumer Discretionary Fd Annual (FXD) | A | Dividend | | | Sold | 09/18/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. First Tr Exchange Traded Fd II Technology Alphadex Fd (FXL) | A | Dividend | | | Buy (add'l) | 04/02/19 | J | | |
| 19. | | | | | Sold (part) | 06/28/19 | J | A | |
| 20. | | | | | Sold | 09/18/19 | K | B | |
| 21. First Trust Cloud Computing ETF (SKYY) | A | Dividend | | | Sold | 09/18/19 | J | A | |
| 22. First Trust Small Cap Core Alphadex Fund (FYX) | A | Dividend | | | Sold | 09/18/19 | J | | |
| 23. First Trust Mid Cap Core Alphadex Fund (FNX) | A | Dividend | | | Sold | 07/02/19 | J | | |
| 24. First Trust Large Cap Value Alphadex Fund (FTA) | A | Dividend | | | Sold (part) | 07/02/19 | J | | |
| 25. | | | | | Sold | 09/18/19 | K | | |
| 26. First Tr Large Cap Growth Opprtuinities Alphadex Fd (FTC) | A | Dividend | | | Buy (add'l) | 07/02/19 | J | | |
| 27. | | | | | Sold | 09/18/19 | L | C | |
| 28. Alphadex Fd II Europe Alphadex Fund (FEP) | A | Dividend | | | Sold (part) | 07/02/19 | J | | |
| 29. | | | | | Sold | 09/18/19 | K | | |
| 30. First Tr Exchange Traded Alphadex Fd II Japan Alphadex Fd (FJP) | A | Dividend | | | Sold (part) | 04/02/19 | J | | |
| 31. | | | | | Sold | 07/02/19 | J | | |
| 32. First Tr Exchange Traded Alphadex Fd II Emerg Mkts Alphadex Fund (FEM) | A | Dividend | | | Buy (add'l) | 04/02/19 | J | | |
| 33. | | | | | Sold (part) | 06/28/19 | J | A | |
| 34. | | | | | Sold | 09/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. First Tr Exchange Traded Alphadex Fd Mid Cap Growth Alphadex Fd (FNY) | | None | | | Buy | 07/02/19 | J | | |
| 36. | | | | | Sold | 09/18/19 | J | A | |
| 37. First Tr Exchange Tr Fd IV First Trust Tactical High Yield ETF (HYLS) | A | Dividend | | | Buy | 07/02/19 | J | | |
| 38. | | | | | Sold | 09/18/19 | J | A | |
| 39. First Trust Senior Loan Fund ETF (FTSL) | A | Dividend | | | Sold | 07/02/19 | J | | |
| 40. First Tr Exchanged Traded Fd VI First Trust Nasdaq Bank ETF (FTXO) | A | Dividend | | | Sold (part) | 04/02/19 | J | | |
| 41. | | | | | Sold | 09/18/19 | J | | |
| 42. First Trust Global Tactical Commodity Strategy Fund (FTGC) | | None | | | Sold | 09/18/19 | K | | |
| 43. First Trust Long Short Equity ETF (FTLS) | A | Dividend | | | Buy (add'l) | 02/11/19 | J | | |
| 44. First Trust Long Short Equity ETF (FTLS) | | None | | | Sold | 09/18/19 | J | A | |
| 45. First Trust Emerging Markets Local Currency Bond ETF (FEMB) | A | Dividend | | | Sold | 06/28/19 | J | A | |
| 46. First Tr Exgd Traded Fd III Horizon Mngd Vltlty Dev Int ETF (HDMV) | | None | | | Buy | 07/02/19 | K | | |
| 47. | | | | | Sold | 09/18/19 | K | | |
| 48. First Tr Exchange Traded Fund IV Low Duration Opportunities ETF (LMBS) | A | Dividend | | | Sold | 09/18/19 | K | A | |
| 49. First Tr Exchange Traded Fd VIII Tcw Opportunistic Fxd Inc ETF (FIXD) | A | Dividend | | | Buy | 07/02/19 | K | | |
| 50. | | | | | Sold | 09/18/19 | K | A | |
| 51. First Trust Alternative Absolute Return Strategy ETF (FAAR) | | None | | | Sold | 09/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. iShares iBoxx $ Investment Grade Corporate Bond ETF (LQD) | A | Dividend | | | Sold | 06/28/19 | K | B | |
| 53. iShares Trust iShares 7-10 Year Treasury Bond ETF (IEF) | A | Dividend | | | Sold | 06/28/19 | K | B | |
| 54. IRA #2 (H) | | | | | | | | | |
| 55. Regions Federated Treasury Obligations Fund (cash) | A | Interest | J | T | | | | | |
| 56. Vanguard Sector Index Fds Vanguard Consumer Discretionary ETF (VCR) | A | Dividend | K | T | | | | | |
| 57. Vanguard Sector Index Fds Vanguard Consumer Staples ETF (VDC) | A | Dividend | K | T | | | | | |
| 58. Vanguard Sector Index Fds Vanguard Energy ETF (VDE) | A | Dividend | K | T | Buy (add'l) | 12/02/19 | J | | |
| 59. Vanguard Sector Index Fds Vanguard Financials ETF (VFH) | A | Dividend | K | T | | | | | |
| 60. Vanguard World Funds Vanguard Health Care ETF (VHT) | A | Dividend | K | T | Buy (add'l) | 12/02/19 | J | | |
| 61. Vanguard Sector Index Fds Vanguard Industrials ETF (VIS) | A | Dividend | K | T | Buy (add'l) | 12/02/19 | J | | |
| 62. Vanguard Sector Index Fds Vanguard Information Technology ETF (VGT) | A | Dividend | K | T | Buy (add'l) | 12/02/19 | J | | |
| 63. Vanguard Sector Index Fds Vanguard Materials ETF (VAW) | A | Dividend | K | T | Buy (add'l) | 12/02/19 | J | | |
| 64. Vanguard Sector Index Fds Vanguard Utilities ETF (VPU) | A | Dividend | K | T | | | | | |
| 65. Vanguard Sector Index Fds Vanguard Telecomm Services ETF (VOX) | A | Dividend | K | T | | | | | |
| 66. Vanguard Sector Index Fds Vanguard Reit ETF (VNQ) | A | Dividend | K | T | Buy (add'l) | 12/02/19 | J | | |
| 67. IRA #3 (H) | | | | | | | | | |
| 68. Regions Trust Cash Sweep (cash) | C | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Air Products & Chemicals Inc (009158106) | A | Dividend | | | Buy | 04/22/19 | J | | |
| 70. | | | | | Sold | 09/03/19 | J | A | |
| 71. Apple Inc (037833100) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 72. AT&T Inc (00206R102) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 73. Bank of America Corp (060505104) | A | Interest | J | T | Buy | 04/22/19 | J | | |
| 74. BB&T Corp (054937107) (Y) | | | | | | | | | |
| 75. BlackRock Inc (09247X101) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 76. Bristol-Myers Squibb Co (110122108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 77. Chevron Corp (166764100) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 78. Clorox Co/The (189054109) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 79. Coca-Cola Co/The (191216100) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 80. Comcast Corp (20030N101) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 81. CVS Health Corp (126650100) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 83. Dominion Resources Inc/VA (25746U109) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 84. DowDuPont Inc (26078J100) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 85. Eli Lilly & Co (532457108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Equity Residential (29476L107) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 87. Exxon Mobil Corp (30231G102) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 88. General Dynamics Corp (369550108) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 89. Gilead Sciences Inc(375558103) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 90. Home Depot Inc/The (437076102) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 91. iShares Russell 1000 Growth ETF (464287614) | A | Dividend | L | T | Buy | 04/22/19 | L | | |
| 92. JPMorgan Chase & Co (46625H100) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 93. Lockheed Martin Corp (539830109) | A | Dividend | | | Buy | 04/22/19 | J | | |
| 94. | | | | | Sold | 09/03/19 | J | A | |
| 95. McCormick & Co Inc/MD (579780206) | A | Dividend | | | Buy | 04/22/19 | J | | |
| 96. | | | | | Sold | 09/03/19 | J | A | |
| 97. Merck & Co Inc (58933Y105) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 98. MetLife Inc (59156R108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 99. Microsoft Corp (594918104) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 100. NextEra Energy Inc (65339F101) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 101. ONEOK Inc (682680103) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 102. PepsiCo Inc (713448108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 104. PPL Corp (69351T106) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 105. | | | | | Sold (part) | 09/03/19 | J | | |
| 106. Procter and Gamble Co/The (742718109) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 107. Qualcomm Inc (747525103) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 108. Raytheon Co (755111507) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 109. Schlumberger Ltd (806857108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 110. Sysco Corp (871829107) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 111. Texas Instruments Inc (882508104) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 112. Truist Financial Corp (89832Q109) (X) | | None | J | T | | | | | |
| 113. United Parcel Service Inc (911312106) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 114. US Bancorp (902973304) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 115. Verizon Communications Inc (92343V104) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 116. Walmart Inc (931142103) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 117. Waste Management Inc (94106L109) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 118. Alliant Energy Corp (018802108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 119. Arthur J Gallagher & Co (363576109) | A | Dividend | J | T | Buy | 04/22/19 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Hasbro Inc (418056107) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 121. Helmerich & Payne Inc (423452101) | A | Dividend | | | Buy | 04/22/19 | J | | |
| 122. | | | | | Sold | 09/03/19 | J | | |
| 123. iShares Russell 2000 ETF (464287655) | A | Dividend | K | T | Buy | 04/22/19 | K | | |
| 124. iShares Russell Mid-Cap ETF (464287499) | A | Dividend | K | T | Buy | 04/22/19 | K | | |
| 125. MSC Industrial Direct Co Inc (553530106) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 126. Nasdaq Inc (631103108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 127. Omnicom Group Inc (681919106) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 128. Sabre Corp (78573M104) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 129. Watsco INC (942622200) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 130. Williams-Sonoma Inc (969904101) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 131. Broadcom Inc (11135F101) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 132. Chubb Limited Com (H1467J104) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 133. Eaton Corp PLC (G29183103) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 134. Invesco Ltd (G491BT108) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 135. iShares Core MSCI EAFE ETF<br>(46432F842) | B | Dividend | L | T | Buy | 04/22/19 | L | | |
| 136. iShares Core MSCI Emerging Markets ETF<br>(46434G103) | B | Dividend | L | T | Buy | 04/22/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. LyondellBasell Industries NV (N53745100) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 138. TE Connectivity Ltd (H84989104) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 139. Air Lease Corp 2.125% 15 Jan 2020 (00912XAU8) | | None | | | Buy | 05/06/19 | J | | |
| 140. | | | | | Sold | 05/17/19 | J | | |
| 141. Air Lease Corp 3.75% 01 Jun 2026 (00914AAB8) | A | Interest | J | T | Buy | 05/16/19 | J | | |
| 142. American Express Credit Corp 2.6% 14 Sep 2020 (0258M0DX4) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 143. American Honda Finance Corp 2.65% 12 Feb 2021 (02665WCD1) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 144. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 145. Amgen Inc 2.25% 19 Aug 2023 (031162CH1) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 146. Apple Inc 2.1% 12 Sep 2022 (037833DC1) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 147. Apple Inc 2.3% 11 May 2022 (037833CQ1) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 148. Bank of America Corp Variable 3.559% 23 Apr 2027 (06051GHT9) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 149. Biogen Inc 2.9% 15 Sep 2020 (09062XAC7) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 150. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 151. BP Capital Markets America Inc 3.796% 21 Sep 2025 (10373QAB6) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 152. Capital One Financial Corp 2.5% 12 May 2020 (14040HBP9) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 153. Citigroup Inc 2.65% 26 Oct 2020 (172967KB6) | A | Interest | J | T | Buy | 05/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CVS Health Corp 3.125% 09 Mar 2020 (126650DA5) | A | Interest | | | Sold | 08/12/19 | J | | |
| 155. Duke Energy Corp 2.4% 15 Aug 2022 (26441CAW5) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 156. DowDuPont Inc 4.205% 15 Nov 2023 (26078JAB6) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 157. Exxon Mobil Corp 2.44% 16 Aug 2029 (30231GBE1) | | None | J | T | Buy | 08/13/19 | J | | |
| 158. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 159. Fannie Mae Pool FN AX5306 3.5% 01 Jan 2027 (3138Y63Q5) | A | Interest | J | T | Buy | 05/07/19 | J | | |
| 160. Fannie Mae Pool FN BH9277 3.5% 01 Feb 2048 (3140GYJX8) | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 161. Fannie Mae Pool FN BJ9969 4% 01 May 2048 (3140HCCF1) | A | Interest | K | T | Buy | 05/07/19 | K | | |
| 162. Fannie Mae Pool FN BM1423 2.5% 01 May 2032 (3140J5SM2) | A | Interest | J | T | Buy | 05/07/19 | J | | |
| 163. Fannie Mae Pool FN BM5112 3% 01 Nov 2033 (3140J9VE8) | A | Interest | J | T | Buy | 05/08/19 | J | | |
| 164. Fannie Mae Pool FN BN0340 4.5% 01 Dec 2048 (3140JGLW3) | A | Interest | J | T | Buy | 05/07/19 | J | | |
| 165. Fannie Mae Pool FN FM1000 3% 01 Apr 2047 (3140X4DE3) | A | Interest | J | T | Buy | 07/10/19 | J | | |
| 166. Fannie Mae Pool FN FM1148 3.5% 01 Dec 2048 (3140X4H25) | A | Interest | J | T | Buy | 11/08/19 | J | | |
| 167. Fannie Mae Pool FN FM1456 2.5% 01 Sep 2028 (3140X4TN6) | | None | J | T | Buy | 12/11/19 | J | | |
| 168. Federal National Mortgage Association 2.125% 24 Apr 2026 (3135G0K36) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 169. Fifth Third Bank/Cincinnati OH 2.25% 14 Jun 2021 (31677QBG3) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 170. Ford Motor Credit Co LLC 3.157% 04 Aug 2020 (345397XK4) | A | Interest | J | T | Buy | 05/06/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Freddie Mac Gold Pool FG G60985 3% 01 May 2047 (31335BCW4) | A | Interest | J | T | Buy | 05/07/19 | J | | |
| 172. General Electric Co 5.3% 11 Feb 2021 (369622SM8) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 173. Gilead Sciences Inc 3.65% 01 Mar 2026 (375558BF9) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 174. Goldman Sachs Group Inc/The Variable 2.905% 24 Jul 2023 (38141GWM2) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 175. HSBC Holdings PLC Variable 3.979% 22 May 2030 (404280CC1) | A | Interest | J | T | Buy | 05/16/19 | J | | |
| 176. Intel Corp 3.3% 01 Oct 2021 (458140AJ9) | | None | | | Buy | 05/06/19 | J | | |
| 177. | | | | | Sold | 07/09/19 | J | A | |
| 178. International Business Machines Corp 3.45% 19 Feb 2026 (459200JG7) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 179. International Business Machines Corp 3.5% 15 May 2029 (459200KA8) | A | Interest | J | T | Buy | 05/08/19 | J | | |
| 180. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 181. IBM Credit LLC 3.6% 30 Nov 2021 (44932HAM5) | | None | | | Buy | 05/06/19 | J | | |
| 182. | | | | | Sold | 05/09/19 | J | | |
| 183. iShares Core U.S Aggregate Bond ETF (464287226) | A | Dividend | K | T | Buy | 04/22/19 | K | | |
| 184. Kroger Co/The 2.65% 15 Oct 2026 (501044DE8) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 185. Molson Coors Brewing Co 3.5% 01 May 2022 (60871RAC4) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 186. Morgan Stanley 3.7% 23 Oct 2024 (61761JVL0) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 187. | | | | | Buy (add'l) | 07/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Oracle Corp 2.625% 15 Feb 2023 (68389XBR5) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 189. Philip Morris International Inc 3.375% 15 Aug 2029 (718172CJ6) | A | Interest | | | Buy | 05/06/19 | J | | |
| 190. | | | | | Sold | 09/10/19 | J | A | |
| 191. Province of British Columbia Canada 2.65% 22 Sep 2021 (110709BN1) | | None | | | Buy | 05/06/19 | J | | |
| 192. | | | | | Sold | 05/16/19 | J | A | |
| 193. Prudential Financial Inc 4.5% 15 Nov 2020 (74432QBP9) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 194. SunTrust Banks Inc 2.7% 27 Jan 2022 (867914BM4) (Y) | | | | | | | | | |
| 195. TD Ameritrade Holding Corp 3.75% 01 Apr 2024 (87236YAH1) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 196. The Charles Schwab Corp Snr PIDI Nts 3.25% 21 May 2021 (808513AW5) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 197. Toyota Motor Credit Corp 2.95% 13 Apr 2021 (89236TEU5) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 198. Toyota Motor Credit Corp 3.4% 15 Sep 2021 (89233P5F9) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 199. Truist Financial Corp 2.7% 27 Jan 2022 (867914BM4) (X) | | None | J | T | | | | | |
| 200. United States Treasury Note Bond (912828J27) | A | Interest | | | Buy | 05/06/19 | K | | |
| 201. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 202. | | | | | Sold | 09/25/19 | K | A | |
| 203. United States Treasury Note Bond (9128283W8) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 204. United States Treasury Note Bond (912828PC8) | A | Interest | J | T | Buy | 05/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 206. United States Treasury Note Bond (912828R36) | A | Interest | K | T | Buy | 05/06/19 | K | | |
| 207. United States Treasury Note Bond (912828H52) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 208. | | | | | Sold (part) | 07/15/19 | J | A | |
| 209. United States Treasury Note Bond (912828WZ9) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 210. | | | | | Sold (part) | 08/29/19 | J | A | |
| 211. | | | | | Sold (part) | 12/11/19 | J | A | |
| 212. United States Treasury Note Bond (9128282G4) | | None | | | Buy | 07/19/19 | J | | |
| 213. | | | | | Sold | 08/14/19 | J | A | |
| 214. United States Treasury Note Bond (912828YB0) | | None | K | T | Buy | 08/16/19 | J | | |
| 215. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 216. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 217. | | | | | Buy (add'l) | 09/25/19 | K | | |
| 218. United States Treasury Note Bond (912828Y79) | | None | | | Buy | 11/06/19 | J | | |
| 219. | | | | | Sold | 12/11/19 | J | | |
| 220. Valero Energy Corp 3.4% 15 Sep 2026 (91913YAU4) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 221. Verizon Communications Inc 2.625% 15 Aug 2026 (92343VDD3) | | None | | | Buy | 05/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 07/09/19 | J | A | |
| 223. Walgreens Boots Alliance Inc 3.8% 18 Nov 2024 (931427AH1) | A | Interest | | | Buy | 05/06/19 | J | | |
| 224. | | | | | Sold | 11/06/19 | J | A | |
| 225. Walmart Inc 3.55% 26 Jun 2025 (931142ED1) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 226. Wells Fargo Bank Na 2.6% 15 Jan 2021 (94988J5N3) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 227. Bank of Montreal 1.5% 18 Jul 2019 (06367THQ6) | A | Interest | | | Buy | 05/06/19 | J | | |
| 228. | | | | | Matured | 07/18/19 | J | | |
| 229. Bank of Nova Scotia/The 1.85% 14 Apr 2020 (06416CAB4) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 230. Equinor ASA 3.7% 01 Mar 2024 (85771PAN2) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 231. Lloyds Banking Group Plc SNR PIDI NTS 4.375% 22 Mar 2028 (539439AR0) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 232. | | | | | Sold<br>(part) | 11/08/19 | J | A | |
| 233. Mitsubishi UFJ Financial Group Inc 2.801% 18 Jul 2024 (606822BJ2) | | None | J | T | Buy | 07/12/19 | J | | |
| 234. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 235. Royal Bank of Canada 2.5% 19 Jan 2021 (78012KKU0) | A | Interest | J | T | Buy | 05/06/19 | J | | |
| 236. IRA #4 (H) | | | | | | | | | |
| 237. Air Products & Chemicals Inc (009158106) | | None | | | Buy | 04/23/19 | J | | |
| 238. | | | | | Sold | 08/29/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. AT&T Inc (00206R102) | | None | | | Buy | 04/23/19 | J | | |
| 240. | | | | | Sold | 12/05/19 | J | A | |
| 241. Bank of America Corp (060505104) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 242. BB&T Corp (054937107) (Y) | | | | | | | | | |
| 243. BlackRock Inc (09247X101) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 244. Chevron Corp (166764100) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 245. Cisco Systems Inc (17275R102) | | None | J | T | Buy | 12/05/19 | J | | |
| 246. Clorox Co/The (189054109) (Y) | | | | | | | | | |
| 247. Coca-Cola Co/The (191216100) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 248. Comcast Corp (20030N101) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 249. CVS Health Corp (126650100) (X) | A | Dividend | J | T | | | | | |
| 250. Dominion Resources Inc/VA (25746U109) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 251. DowDuPont Inc (26078J100) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 252. Eli Lilly & Co (532457108) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 253. Exxon Mobil Corp (30231G102) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 254. General Dynamics Corp (369550108) | A | Dividend | J | T | Buy | 08/29/19 | J | | |
| 255. Gilead Sciences Inc(375558103) | A | Dividend | J | T | Buy | 04/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Home Depot Inc/The (437076102) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 257.  iShares Russell 1000 Growth ETF (464287614) | A | Dividend | K | T | Buy | 04/23/19 | K | | |
| 258.  JPMorgan Chase & Co (46625H100) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 259.  Lockheed Martin Corp (539830109) | A | Dividend | | | Buy | 04/23/19 | J | | |
| 260. | | | | | Sold | 08/29/19 | J | A | |
| 261.  Merck & Co Inc (58933Y105) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 262.  MetLife Inc (59156R108) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 263.  Microsoft Corp (594918104) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 264.  NextEra Energy Inc (65339F101) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 265.  PepsiCo Inc (713448108) (X) | A | Dividend | J | T | | | | | |
| 266.  PPL Corp (69351T106) (Y) | | | | | | | | | |
| 267.  Procter and Gamble Co/The (742718109) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 268.  Schlumberger Ltd (806857108) (Y) | | | | | | | | | |
| 269.  Sysco Corp (871829107) (X) | A | Dividend | J | T | Buy | 08/29/19 | J | | |
| 270.  Texas Instruments Inc (882508104) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 271.  Truist Financial Corp (89832Q109) (X) | | None | J | T | | | | | |
| 272.  United Parcel Service Inc (911312106) | A | Dividend | J | T | Buy | 04/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  US Bancorp (902973304) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 274.  Verizon Communications Inc (92343V104) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 275.  Walmart Inc (931142103) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 276.  Waste Management Inc (94106L109) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 277.  Alliant Energy Corp (018802108) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 278.  Arthur J Gallagher & Co (363576109) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 279.  Fifth Third Bancorp (316773100) | | None | J | T | Buy | 12/05/19 | J | | |
| 280.  Hasbro Inc (418056107) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 281.  Helmerich & Payne Inc (423452101) | A | Dividend | | | Buy | 04/23/19 | J | | |
| 282. | | | | | Sold | 08/29/19 | J | | |
| 283.  iShares Russell 2000 ETF (464287655) | A | Dividend | K | T | Buy | 04/23/19 | K | | |
| 284.  iShares Russell Mid-Cap ETF (464287499) | A | Dividend | K | T | Buy | 04/23/19 | K | | |
| 285.  MSC Industrial Direct Co Inc (553530106)<br>(X) | A | Dividend | J | T | | | | | |
| 286.  Nasdaq Inc (631103108) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 287.  Omnicom Group Inc (681919106) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 288.  Sabre Corp (78573M104) (Y) | | | | | | | | | |
| 289.  Broadcom Inc (11135F101) | A | Dividend | J | T | Buy | 08/29/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Chubb Limited Com (H1467J104) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 291. Eaton Corp PLC (G29183103) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 292. Invesco Ltd (G491BT108) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 293. iShares Core MSCI EAFE ETF (46432F842) | A | Dividend | K | T | Buy | 04/23/19 | K | | |
| 294. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 295. iShares Core MSCI Emerging Markets ETF (46434G103) | A | Dividend | K | T | Buy | 04/23/19 | K | | |
| 296. Lyondell Basell Industries NV (N53745100) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 297. Brokerage #1 (H) | | | | | | | | | |
| 298. Regions Trust Cash Sweep (cash) | A | Interest | J | T | Open | 09/18/19 | J | | |
| 299. Apple Inc (037833100) (X) | A | Dividend | J | T | | | | | |
| 300. AT&T Inc (00206R102) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 301. Bank of America Corp (060505104) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 302. BlackRock Inc (09247X101) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 303. Bristol-Myers Squibb Co (110122108) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 304. Chevron Corp (166764100) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 305. Coca-Cola Co/The (191216100) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 306. Comcast Corp (20030N101) | A | Dividend | J | T | Buy | 09/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CVS Health Corp (126650100) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 308. Dominion Resources Inc/VA (25746U109) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 309. DuPont de Nemours Inc (26614N102) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 310. Eli Lilly & Co (532457108) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 311. Equity Residential (29476L107) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 312. Exxon Mobil Corp (30231G102) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 313. First Trust Capital Strength ETF (33733E104) (X) | A | Dividend | K | T | | | | | |
| 314. First Trust Value Line Divid Index Fd (33734H106) (X) | A | Dividend | J | T | | | | | |
| 315. General Dynamics Corp (369550108) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 316. Gilead Sciences Inc (375558103) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 317. Home Depot Inc/The (437076102) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 318. iShares Russell 1000 Growth ETF (464287614) | A | Dividend | L | T | Buy | 10/15/19 | J | | |
| 319. JPMorgan Chase & Co (46625H100) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 320. Merck & Co Inc (58933Y105) | | None | J | T | Buy | 09/18/19 | J | | |
| 321. MetLife Inc (59156R108) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 322. Microsoft Corp (594918104) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 323. NextEra Energy Inc (65339F101) | A | Dividend | J | T | Buy | 09/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  ONEOK Inc (682680103) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 325.  PepsiCo Inc (713448108) | | None | J | T | Buy | 09/18/19 | J | | |
| 326.  PPL Corp (69351T106) | | None | J | T | Buy | 09/18/19 | J | | |
| 327.  Procter and Gamble Co/The (742718109) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 328.  Qualcomm Inc (747525103) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 329.  Raytheon Co (755111507) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 330.  Schlumberger Ltd (806857108) | | None | J | T | Buy | 09/18/19 | J | | |
| 331.  Sysco Corp (871829107) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 332.  Texas Instruments Inc (882508104) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 333.  Truist Financial Corp (89832Q109) (X) | | None | J | T | | | | | |
| 334.  United Parcel Service Inc (911312106) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 335.  US Bancorp (902973304) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 336.  Verizon Communications Inc (92343V104) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 337.  Walmart Inc (931142103) | | None | J | T | Buy | 09/18/19 | J | | |
| 338.  Alliant Energy Corp (018802108) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 339.  Arthur J Gallagher & Co (363576109) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 340.  Clorox Co/The (189054109) | A | Dividend | J | T | Buy | 09/18/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  Hasbro Inc (418056107) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 342.  Invesco Ltd (G491BT108) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 343.  iShares Russell 2000 ETF (464287655) | A | Dividend | K | T | Buy | 09/18/19 | K | | |
| 344.  iShares Russell Mid-Cap ETF (464287499) | A | Dividend | K | T | Buy | 09/18/19 | K | | |
| 345.  MSC Industrial Direct Co Inc (553530106) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 346.  Nasdaq Inc (631103108) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 347.  Omnicom Group Inc (681919106) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 348.  Sabre Corp (78573M104) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 349.  Watsco INC (942622200) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 350.  Waste Management Inc (94106L109) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 351.  Williams-Sonoma Inc (969904101) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 352.  Broadcom Inc (11135F101) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 353.  Chubb Limited Com (H1467J104) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 354.  Eaton Corp PLC (G29183103) | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 355.  iShares Core MSCI EAFE ETF (46432F842) | A | Dividend | L | T | Buy | 09/18/19 | L | | |
| 356.  iShares Core MSCI Emerging Markets ETF (46434G103) | B | Dividend | L | T | Buy | 09/18/19 | L | | |
| 357.  LyondellBasell Industries NV (N53745100) | A | Dividend | J | T | Buy | 09/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  TE Connectivity Ltd (H84989104) | A | Dividend | J | T | Buy | 09/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cannon, Hope T.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

U.S. Treasury Note Bonds are identified individually in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Hope T. | 05/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hope T. Cannon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544